# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

THOMAS R. HAYES,

    **Plaintiff,**

v.                             Case No.  4:19cv97-MW/CAS

MARK S. INCH, et al.,

    **Defendants.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 98, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 99.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Plaintiff's Motion for Preliminary Injunction, ECF No. 45, is **DENIED**. This case is **remanded** to the Magistrate Judge for further proceedings.

**SO ORDERED on February 13, 2020.**

                                                       **s/ MARK E. WALKER**
                                                       **Chief United States District Judge**