UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS RAY HAYES,

    Plaintiff,

v.                                    Case No. 3:20-cv-1201-HES-JBT

CORIZON HELATH, INC., and
CENTURION OF FLORIDA,

    Defendants.
_____

**ORDER**

    Before the Court is Plaintiff's letter to the Clerk (Doc. 163). Plaintiff is advised that due to the pandemic, obtaining counsel has proven to be a slow process. The Clerk's Office assured the Court that the designated deputy clerk has been and is actively seeking pro bono counsel for Plaintiff.

    **DONE AND ORDERED** at Jacksonville, Florida, this 9th day of April, 2021.

_____
JOEL B. TOOMEY
United States Magistrate Judge

caw 4/8
c:
Thomas Ray Hayes, #053503
Counsel of Record